UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

FRANK ROHTER,

    Plaintiff,

vs.                                      CASE NO.: 6:22-cv-02091

THE FIRST LIBERTY INSURANCE
CORPORATION,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

Defendant, The First Liberty Insurance Corporation, files this Notice of Settlement and advises the Court that the parties have reached a settlement agreement.

Dated December 13, 2022.

                                        Respectfully submitted,

                                        BUTLER WEIHMULLER KATZ CRAIG, LLP

                                        /s/ Matthew J. Lavisky
                                        MATTHEW J. LAVISKY, ESQ.
                                        Florida Bar No.: 48109
                                        mlavisky@butler.legal
                                        400 N Ashley Drive, Suite 2300
                                        Tampa, FL 33602
                                        Telephone: (813) 281-1900
                                        Facsimile: (813) 281-0900
                                        *Counsel for Defendant*

## **CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing was served by electronic notification generated by CM/ECF system on December 13, 2022, on all counsel or parties of record.

/s/ Matthew J. Lavisky
MATTHEW J. LAVISKY, ESQ.